IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| VS. | : | NO. 02-3812 |
| EQUIFAX CREDIT INFORMATION SERVICES, ET AL. | | |

### ORDER

AND NOW, this 20th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Thomas N. O'Neill, Jr. to the Honorable Stewart Dalzell.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court