UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania
19106

267-299-7399

September 11, 2002

Mark D. Mailman, Esq.
100 S. Broad Street
Philadelphia, PA 19110

Mark J. Oberstaedt, Esq.
One S. Broad St., Ste. 1620
Phialdelphia, PA 19107

Catherine Olanich Raymond, Esq.
1880 JFK Blvd., 10th Fl.
Philadelphia, PA 19103

Steven J. Adams, Esq.
111 N. 6th Street
P.O. Box 679
Reading, PA 19603

Joseph F. Riga, Esq.
46 West Main Street
P.O. Box 127
Maple Shade, NJ 08056

       Re: C.A. No. 02-3812, Mitchell v. Equifax Credit
       Information Services, et al.

Dear Counsel:

       Judge Dalzell has set the referenced case for a Rule 16 conference at 2:00 p.m. on Friday, September 20, 2002, in his chambers.

       As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

       At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

       Very truly yours,

       Eileen Adler
       Courtroom Deputy

ec
Enc.