IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MITCHELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO. 02-CV-3812** |
| v. | : | |
| | : | |
| **EQUIFAX CREDIT INFORMATION SERVICES; EQUIFAX, INC.; CHEVRON CREDIT BANK, N.A.; HOUSEHOLD CREDIT SERVICES; WACHOVIA BANK CREDIT SERVICES; and TEXACO/CITIBANK SD,** | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of John K. Semler, Jr., Esquire as counsel for defendant Wachovia Bank Card Services.

      BALLARD SPAHR ANDREWS & INGERSOLL, LLP


By: _____
John K. Semler, Jr., Esquire
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
215-864-8121
215-864-9283 (Fax)

Dated: September 20, 2002

## **CERTIFICATE OF SERVICE**

I, John K. Semler, Jr., Esquire hereby certify that I have caused a true and correct copy of the Entry of Appearance to be served this date, by first class mail, upon:

>Mark Mailman, Esquire
>Francis & Mailman, P.C.
>Land Title Building, 19th Floor
>Philadelphia, PA 19110
>
>Catherine Olanich Raymond, Esquire
>Christie Pabarue Mortenson & Young, P.C.
>1880 JFK Blvd., 10th Floor
>Philadelphia, PA 19103
>
>Mark J. Oberstaedt, Esquire
>Archer & Greiner, P.C.
>One S. Broad Street, Suite 1620
>Philadelphia, PA 19107
>
>Joseph Riga, Esquire
>Whittlesey, McDowell & Riga
>46 West Main Street, P.O. Box 127
>Maple Shade, NJ 08056

Dated: September 20, 2002          _____
                                    John K. Semler, Jr.