IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EQUIFAX CREDIT INFORMATION | :    No. 02 CV-3812 |
| SERVICES, EQUIFAX, INC., CHEVRON | : |
| CREDIT BANK, N.A., HOUSEHOLD | : |
| CREDIT SERVICES, WACHOVIA BANK | : |
| CARD SERVICES and | : |
| TEXACO/CITIBANK SD, | : |
| | : |
| Defendants | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

      Kindly withdraw the appearance of Steven J. Adams, Esquire and Stevens & Lee on behalf of defendant Wachovia Bank Card Services in the above-captioned matter.

Dated: September 17, 2002      STEVENS & LEE

                                            By /s/Steven J. Adams
                                               Steven J. Adams, Esquire
                                               Attorney I.D. No. 56293
                                               111 North Sixth Street
                                               P.O. Box 679
                                               Reading, Pennsylvania 19603
                                               (610) 478-2133

SL1 293885v1/02995.839