IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL                     :     CIVIL ACTION
                                　　:
                                　　:     NO.  02-3812
VS.                                　:
                                　　:

EQUIFAX CREDIT INFORMATION
SERVICES, ET AL

## ORDER

   AND NOW, this 24th day of SEPTEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

   **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Stewart Dalzell  to the  Honorable Michael M. Baylson.


         FOR THE COURT:


         JAMES T. GILES
         Chief Judge

         ATTEST:



         _____
         MICHAEL E. KUNZ
         Clerk of Court