IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL         :  CIVIL ACTION
                       :
   VS.                 :  NO.  02-3812
                       :
                       :

EQUIFAX CREDIT INFORMATION
SERVICES, ET AL

## ORDER

AND NOW, this 27th day of SEPTEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the Honorable John P. Fullam.


FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court