IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL, | : | Civil Action No. 02CV3812 |
|     Plaintiff, | : | |
| v. | : | |
| EQUIFAX CREDIT INFORMATION SERVICES, EQUIFAX, INC., CHEVRON CREDIT BANK, N.A., HOUSEHOLD CREDIT SERVICES, WACHOVIA BANK CARD SERVICES, and TEXACO/CITIBANK | : | |
|     Defendants. | : | |

**NOTICE OF NAME CHANGE AND ENTRY OF APPEARANCE**

Kindly change the name of counsel from Mark J. Oberstaedt, Esquire to John C. Connell, Esquire and enter John C. Connell's appearance on behalf of defendant, Chevron Credit Bank, N.A.

| | |
|---|---|
| ARCHER & GREINER, P.C.<br>Attorneys for Defendant, Chevron Credit Bank, N.A. | ARCHER & GREINER, P.C.<br>Attorneys for Defendant, Chevron Credit Bank, N.A. |
| By:_____<br>    MARK J. OBERSTAEDT | By:_____<br>    JOHN C. CONNELL<br>    WILLIAM L. RYAN<br>    KERRI E. CHEWNING |

Dated: <u>October 31, 2002</u>

1128039v1