# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL, ) | |
| ) | Civil Action No. 02CV3812 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX CREDIT INFORMATION SERVICES, ) | |
| EQUIFAX, INC., CHEVRON CREDIT BANK, ) | |
| N.A., HOUSEHOLD CREDIT SERVICES, ) | |
| WACHOVIA BANK CARD SERVICES, and ) | |
| TEXACO/CITIBANK SD ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES Defendants Equifax Information Services, L.L.C. and Equifax, Inc., by their undersigned counsel, Catherine Olanich Raymond, Esq., and hereby move for the admission and appearance in this case of co-counsel, Lewis P. Perling *Pro Hac Vice*. Mr. Perling is a member in good standing of the Bar of the State of Georgia and admitted to practice in the highest court of Georgia. In addition, he is of good moral character and professional reputation. Mr. Perling agrees to abide by the ethical standards governing the practice of law in this Court. An Affidavit of Mr. Perling in support hereof is attached hereto.

Respectfully submitted this _____ day of January, 2003.

By: _____
James W. Christie, Esq.
Catherine Olanich Raymond, Esq.
Christie, Pabarue, Mortensen and Young
 A Professional Corporation
1880 JFK Boulevard - 10th Floor
Philadelphia, PA  19103
(215) 587-1600

:401108-1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE, AFFIDAVIT OF LEWIS P. PERLING and PROPOSED ORDER upon all parties, by causing same to be deposited in the United States Postal Service mail addressed as follows:

James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman
1518 Walnut Street, Suite 208
Philadelphia, PA 19102
*Attorney for Plaintiffs*

Joseph F. Riga, Esq.
Whittlesey McDowell & Riga
46 West Main Street
P.O. Box 127
Maple Shade, NJ 08056
*Attorney for Household Credit Card Services*

John K. Semler, Jr., Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636
*Attorney for Wachovia Bank Card Services*

William L. Ryan, Esq.
Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box. 3000
Haddonfield, NJ 08033-0968
*Attorney for Chevron Credit Bank, N.A.*

Dated:       January _____, 2003.


_____
CATHERINE OLANICH RAYMOND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL, | ) | |
| | ) | Civil Action No.  02CV3812 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX CREDIT INFORMATION SERVICES, | ) | |
| EQUIFAX, INC., CHEVRON CREDIT BANK, | ) | |
| N.A., HOUSEHOLD CREDIT SERVICES, | ) | |
| WACHOVIA BANK CARD SERVICES, and | ) | |
| TEXACO/CITIBANK SD | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADMITTING LEWIS P. PERLING *PRO HAC VICE*

It appearing to the Court that Lewis P. Perling, attorney-at-law, declares by affidavit that he meets the requirements for admission *Pro Hac Vice*, and he is in good standing to practice in the State of Georgia.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Lewis P. Perling to appear in the United States District Court for the Eastern District of Pennsylvania is hereby granted.

SO ORDERED, this _____ day of _____, 2003.

_____
Judge, United States District Court

ATLLIB01 1463764.1