IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| EQUIFAX CREDIT INFORMATION | : | |
| SERVICES, et al. | : | NO. 02-3812 |

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC, et. al. | : | NO. 02-4439 |

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | NO. 02-4442 |
| SOLUTIONS, INC., et al. | : | |

**O R D E R**

AND NOW, this          day of March, 2003, IT IS ORDERED that the above-captioned cases are consolidated for all pre-trial purposes. Discovery in these matters shall be completed by July 15, 2003.

_____
John P. Fullam, S.J.