IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KEVIN MITCHELL | Date of Notice:<br>: July 23, 2003 |
| vs. | : |
| EQUIFAX CREDIT INFORMATION<br>SERVICES, ET AL. | : CIVIL ACTION NO. 02-3812 |

TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on October 6, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON   7/23/03   TO:   Mark D. Mailman, Esquire
Mark J. Oberstaedt, Esquire
Steven J. Adams, Esquire
Lewis P. Perling, Esquire
Joseph F. Riga, Esquire
John Kiem Semler, Esquire
John C. Connell, Esquire
Catherine Olanich Raym, Esquire