**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN MITCHELL )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>EQUIFAX CREDIT INFORMATION )<br>SERVICES )<br>  and )<br>EQUIFAX, INC. )<br>  and )<br>CHEVRON CREDIT BANK, N.A. )<br>  and )<br>HOUSEHOLD CREDIT SERVICES )<br>  and )<br>WACHOVIA BANK CARD SERVICES )<br>  and )<br>TEXACO/CITIBANK SD )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-3812 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of James A. Francis, Esquire, on behalf of Plaintiff in the above-captioned matter.

                                            **Respectfully submitted,**

                                            **FRANCIS & MAILMAN, P.C.**

                    BY:    _____
                                      JAMES A. FRANCIS, ESQUIRE
                                      MARK D. MAILMAN, ESQUIRE
                                      JOHN SOUMILAS, ESQUIRE
                                      Land Title Building, 19th Floor
                                      100 South Broad Street
                                      Philadelphia, PA  19110
Dated: September 9, 2003                (215) 735-8600