**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KEVIN MITCHELL** ) | **Civil Action No. 02-CV-3812** |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | |
| ) | |
| **EQUIFAX CREDIT INFORMATION** ) | |
| **SERVICES** ) | |
| **and** ) | |
| **EQUIFAX, INC.** ) | |
| **and** ) | |
| **CHEVRON CREDIT BANK, N.A.** ) | |
| **and** ) | |
| **HOUSEHOLD CREDIT SERVICES** ) | |
| **and** ) | |
| **WACHOVIA BANK CARD SERVICES** ) | |
| **and** ) | |
| **TEXACO/CITIBANK SD** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE BY ONE DAY

Plaintiff Kevin Mitchell and Defendant Equifax Information Services, by and through undersigned counsel, hereby move this Court to continue the trial date in the above-captioned matter. The parties submit that good cause exists for this request as follows.

On July 23, 2003 the Court issued a Scheduling Order setting trial in this case to commence on October 6, 2003. However, October 6, 2003 is also the Jewish holiday of Yom Kippur. Both trial counsel, James A. Francis for the Plaintiff and Lewis Perling for Defendant Equifax, observe this holiday and will be unable to participate in the trial if it begins on October 6. Accordingly, joined in by Equifax Information Services,[1] Plaintiff respectfully moves the Court to continue the trial date by one day, or to October 7, 2003, so that he may have his

---

[1]     As the caption will reveal, this action originally involved multiple defendants. Plaintiff has settled his claims with all defendants other than Equifax Information Services and Equifax, Inc.

counsel of choice act as trial counsel in this matter.


**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:      _____

JAMES A. FRANCIS, ESQUIRE
MARK D. MAILMAN, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

Attorneys for Plaintiff, Kevin Mitchell


_____

LEWIS P. PERLING, ESQUIRE
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6199

Attorney for Defendant, Equifax


Dated: September 10, 2003