# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>EQUIFAX CREDIT INFORMATION )<br>SERVICES )<br>   and )<br>EQUIFAX, INC. )<br>   and )<br>CHEVRON CREDIT BANK, N.A. )<br>   and )<br>HOUSEHOLD CREDIT SERVICES )<br>   and )<br>WACHOVIA BANK CARD SERVICES )<br>   and )<br>TEXACO/CITIBANK SD )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 02-CV-3812** |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Joint Motion To Continue Trial Date By One Day, it is hereby ORDERED that the trial commencement date in this matter is continued to October 7, 2003.

BY THE COURT:

_____
Fullam, John P.,                J.