IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MITCHELL | : | CIVIL ACTION |
| vs. | : | |
| EQUIFAX CREDIT INFORMATION SERVICES, ET AL. | : | NO. 02-3812 |

### **O R D E R**

**AND NOW,** this 17th day of September, 2003, it having been reported that the issues between **PLAINTIFF KEVIN MITCHELL** and **DEFENDANTS EQUIFAX CREDIT INFORMATION SERVICES, EQUIFAX INC., CHEVRON CREDIT BANK, N.A., HOUSEHOLD CREDIT SERVICES, WACHOVIA BANK CARD SERVICES, AND TEXACO/CITIBANK SD** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                           or      BY THE COURT:


BY:_____              _____
     Rosalind Burton-Hoop                JOHN P. FULLAM, Sr. J.
        Deputy Clerk



COPIES BY MAIL ON   9/17/03    TO:  Mark D. Mailman, Esquire
                                    James A. Francis, Esquire
                                    Catherine Olanich Raym, Esquire
                                    John C. Connell, Esquire
                                    John Kiem Semler, Esquire
                                    Joseph F. Riga, Esquire
                                    Lewis P. Perling, Esquire
                                    Mark J. Oberstaedt, Esquire


Civ 12 (7/95)

Case 2:02-cv-03812-JF   Document 29   Filed 09/17/2003   Page 2 of 2